**Opinion issued March 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00155-CV

———————————

## IN RE PATRICK WARNER MIZELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Patrick Warner Mizell, filed a petition for writ of mandamus challenging the trial court's January 17, 2024 order granting the "Motion for Protective Order and Motion to Limit Scope of Deposition Questions Permitted to be Asked of Richard Boucher as a Fact Witness" filed by Texas Neuro Spine and

Ortho, a non-party to the underlying case.[1]  Mizell requested that this Court grant his petition for writ of mandamus and direct "the trial court to vacate its January 17, 2024 Discovery Order."

In connection with his mandamus petition, Mizell also filed an "Emergency Motion for Temporary Stay of Pretrial Proceedings and Trial Setting."  In his motion, Mizell requested that the Court "stay the pretrial proceedings in the underlying ca[se] (including the March 15, 2024 pretrial exchange deadline) and the March 25, 2024 trial setting until this Court rules" on his petition for writ of mandamus.

Our review of Mizell's mandamus petition reflects that he has failed to establish that he is entitled to mandamus relief.  *See* TEX. R. APP. P. 52.7(a)(1).  Accordingly, we deny Mizell's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We further deny as moot Mizell's "Emergency Motion for Temporary Stay of Pretrial Proceedings and Trial Setting," and dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

[1] The underlying case is *Tyrus Wesley Mammos v. Patrick Warner Mizell*, Cause No. 2020-01595, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.